AGNES ROSS, as Administratrix of the Estate of GEORGE ROSS, Deceased, Appellant, v. VESSEL KNICKERBOCKER, INC., et al., Defendants-Respondents and Third-Party Plaintiffs. CITY OF NEW YORK, Third-Party Defendant.—

No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

SHERMAN-ENGRAM REALTY CORP., Respondent, v. NATALE J. COLOSI, Appellant.—

No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

ROBERT SINGER, an Infant, by His Guardian ad Litem, DAVID SINGER, et al., Appellants, v. GRACE SITT, Respondent.—

No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.